IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JENNIFER K. VICKERS, Personal Representative and Independent Administrator of the Estate of C.N.F., Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>COLIN CHARLES DODD,<br><br>    Defendant. | Case No. 24-CV-00034-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

  **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of May 19, 2025 (Doc. 50), this matter is **DISMISSED with prejudice**.

**DATED: May 19, 2025**

              MONICA A. STUMP,
              Clerk of Court


              By: *s/ Jackie Muckensturm*
                 Deputy Clerk


**APPROVED:** *s/ Stephen P. Mc*Glynn
       STEPHEN P. MCGLYNN
       U.S. District Judge